# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Herman Alphonse Wesselman,

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

Case: 1:07-cv-00906
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/14/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

Andrew Taylor,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  ~~~~  *Pro Se*  (name and address)

Herman Alphonse Wesselman
c/o General Delivery
 210 North 3rd Street
 Effingham, Illinos [ 62401 ]

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        MAY 14 2007

CLERK                                                    DATE

(By) DEPUTY CLERK



# Track/Confirm - Intranet Item Inquiry
## Item Number: 7004 2890 0002 8518 8930

**This item was delivered on 05/29/2007 at 04:32**



| Signature: | |
|---|---|
| Address: | |

Enter Request Type and Item Number:

Quick Search ●      Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** 7004 2890 0002 8518 8930   **Service Calculation Acceptance Date/Time:** 05/21/2007 15:29

**Destination**  **ZIP Code:** 20530   **City:** WASHINGTON   **State:** DC
**Origin**  **ZIP Code:** 62401-9998   **City:** EFFINGHAM   **State:** IL

**Class:** First Class

**Anticipated Delivery Date:** 05/24/2007

**Weight:** 0 lb(s) 6 oz(s)   **Postage:** $1.65

**Firm Book ID:** 5103 0SGU A010 0002 0781

**Delv Rqmt:** Normal   **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7004 2890 0002 8518 8930 | $2.65 |
| RETURN RECEIPT |  | $2.15 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 05/29/2007 04:32 | WASHINGTON, DC 20530 | 030SGU9881 |
|  | Firm Name: JUSTICE 20530 PU |  |  |
|  | Recipient: 'A JENNINGS' |  |  |
|  | Request Delivery Record |  |  |
|  | View Delivery Signature and Address |  |  |
| NOTICE LEFT | 05/29/2007 03:48 | WASHINGTON, DC 20530 | 030SGU9892 |
| ARRIVAL AT UNIT | 05/29/2007 02:51 | WASHINGTON, DC 20022 | 030SGUA010 |
| ACCEPT OR PICKUP | 05/21/2007 15:29 | EFFINGHAM, IL 62401 |  |

**Enter Request Type and Item Number:**

Quick Search ⦿   Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Herman Alphonse Wesselman,

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

Case: 1:07-cv-00906
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/14/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Herman Alphonse Wesselman
c/o General Delivery
 210 North 3rd Street
 Effingham, Illinos [ 62401 ]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      MAY 14 2007

CLERK                                         DATE

(By) DEPUTY CLERK

**UNITED STATES POSTAL SERVICE**

### Track/Confirm - Intranet Item Inquiry
### Item Number: 7004 2890 0002 8518 8923

**This item was delivered on 05/30/2007 at 04:55**



**Enter Request Type and Item Number:**

Quick Search ●    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

**UNITED STATES POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item:** 7004 2890 0002 8518 8923 | | **Service Calculation Acceptance Date/Time:** 05/21/2007 15:29 | |
| **Destination** **ZIP Code:** 20530 | | **City:** WASHINGTON | **State:** DC |
| **Origin** **ZIP Code:** 62401-9998 | | **City:** EFFINGHAM | **State:** IL |

**Class:** First Class
**Anticipated Delivery Date:** 05/24/2007
**Weight:** 0 lb(s) 6 oz(s)    **Postage:** $1.65
**Firm Book ID:** 5103 0SGU A010 0002 1061
**Delv Rqmt:** Normal    **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7004 2890 0002 8518 8923 | $2.65 |
| RETURN RECEIPT | | $2.15 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 05/30/2007 04:55 | WASHINGTON, DC 20530 | 030SGU9881 |
| | Firm Name: JUSTICE 20530 PU | | |
| | Recipient: 'A JENNINGS' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 05/30/2007 01:34 | WASHINGTON, DC 20022 | 030SGUA010 |
| ACCEPT OR PICKUP | 05/21/2007 15:29 | EFFINGHAM, IL 62401 | |

**Enter Request Type and Item Number:**

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.