

RECEIVED
AUG 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Herman Alphonse Wesselman,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES (Government),<br><br>Defendant. | Case No: 1:07-cv-906 (ESH)<br><br>**Response to Motion to Dismiss Complaint** |

### INTRODUCTION

Defendant's assertion that this Court lacks subject-matter jurisdiction in the instant matter on the basis of the frivolous assertion that I "failed to state an unauthorized collection claim" is without merit.

I, Herman Alphonse Wesselman, Plaintiff, hereby respond to the United States' Motion to Dismiss my Verified Complaint:

### QUESTION PRESENTED

Is defendant asking the Court to impose a "heightened pleading standard" to misdirect the Court into dismissal?

### DISCUSSION

Defendant initially asserts that

> "Plaintiff's complaint for damages under 26 U.S.C. § 733 (sic) is legally insufficient because it fails to provide the necessary factual detail to state a claim, and should be dismissed under Fed.R.Civ.P. 12(b)(6)."

However, defendant, immediately thereafter, acknowledges that

> "A complaint need only set forth a short and plain statement of the claim that gives the defendant fair notice of the claim and grounds upon which it rests. Fed.R.Civ.P. 8(a)."

I assert that my Verified Complaint meets the "notice pleading" requirements set forth in Fed.R.Civ.P. 8(a), as interpreted in *Conley v. Gibson*, 355 U.S. 41[1], and reiterated in *Jones v. Bock* (Nos. 05-7058 and 05-7142) __ U.S. _____ (January, 2007).    In *Jones v Bock* (Nos. 05-7058 and 05-7142) __ U.S. _____, (Argued: October 30, 2006 -- Decided: January 22, 2007), the Honorable Roberts, C.J., opined that:

> "Courts should generally not depart from the Federal Rules' usual practice based on perceived policy concerns. See, e.g., Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit, 507 U. S. 163,"[2]

and,

> "...such a result 'must be obtained by amending the Federal Rules, and not by judicial interpretation.' Leatherman, supra, at 168. Pp. 10-16."

Defendant's motion, devoid of the usual, if obsolete, attempts to avoid litigating damages through unwarranted reliance upon an internal statement of policy[3], is a dilatory tactic, intended to needlessly increase the cost of this litigation; insofar as it

---

[1] "(b) Failure of the complaint to set forth specific facts to support its general allegations of discrimination was not a sufficient [355 U.S. 42] ground for dismissal of the suit, since the Federal Rules of Civil Procedure do not require a claimant to set out in detail the facts upon which he bases his claim." Pp. 47-48.

[2] Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit, 507 U. S. 163 Held: A federal court may not apply a "heightened pleading standard" -- more stringent than the usual pleading requirements of Federal Rule of Civil Procedure 8(a).

[3] See: Chrysler v. Brown, 441 U.S. 281, at 301, 302; Morton v. Ruiz, 415 U.S. 199, at 236; Batterton v. Francis, 432 U.S. 416, 425 n. 9; compare: TREASURY DIRECTIVE 28-01 and TREASURY DIRECTIVE 25-03.

asserts "failure to state a claim", it is nothing more than an attempt to have the Court to impose a "heightened pleading standard", by attempting to require "pre-disclosure", without the parameters of Fed.R.Civ.P. 26-37.

Defendant's lengthy Memorandum in Support has certainly shown that my Verified Complaint "gives the defendant fair notice of the claim" contained therein,[4] as described in Fed.R.Civ.P. 8(a). Even if defendant's "Hail Mary" assertion that something more than the Rule's "short and plain statement of the claim" were found to have a basis, as a pro se litigant, my pleadings should be liberally construed, *Haines v. Kerner*, 404 U.S. 519, 520 (1972), and I should be allowed to amend, to cure the asserted defect.

## QUESTION PRESENTED

Is defendant's citation to cases litigated upon Trust Fund Recovery Penalty assessments a misrepresentation of the issues in the instant case?

## DISCUSSION

In frivolously citing Arnett v. United States, 889 F. Supp. 1424,1430 (D. Kan. 1995) and Sylvester v. United States 978 F. Supp. 1186 (E.D. Wis. 1997), defendant's motion borders upon perpetrating a fraud upon the Court; both of the cited cases relate, as specified by defendant, to "actions taken during assessment of tax under 26 U.S.C. 6672", and "allegation that IRS incorrectly computed Section 6672 liability", and are completely irrelevant to the instant action. Even the third citation, Zolman v. IRS, 87 F. Supp. 2d 765 (W.D. Mich. 1999), is limited, by defendant's admission that this cited case was limited, specifying "mere assertion of improper assessment of tax liability,

---

[4]It appears as if defendant has already admitted that at least 10 of the counts are valid.

*without more*, is insufficient". A review of my Verified Complaint shows that there is no allegation of "assessment of tax under 26 U.S.C. 6672" ..., "incorrectly computed" or otherwise, and that, in fact, much more than "mere assertion of improper assessment" is alleged in the instant case.

## QUESTION PRESENTED

Is defendant's assertion that Counts 1 and 2; 3 through 8; 10; 11 through 18; 31; 33; and 9 (in defendant's order of challenge) of my Verified Complaint describe "non-collection activities" sufficient to deprive the Court of jurisdiction to conduct judicial review of the agency actions described in those Counts under the ADMINISTRATIVE PROCEDURE ACT?

## DISCUSSION

Defendant fails to challenge the Court's jurisdiction under §§ 704 and 706 of the ADMINISTRATIVE PROCEDURE ACT, 80 Stat. 392; 393, to determine whether officers or employees responsible for agency actions[5] subject of my Verified Complaint, disregarded identified provisions of the INTERNAL REVENUE CODE and regulations promulgated thereunder. Defendant fails to challenge the Court's power, for those purposes, to review the agency record pursuant to the FEDERAL RECORDS ACT; 82 Stat. 1297, *et seq.*; and the NATIONAL ARCHIVES ACT, 90 Stat. 2723, *et seq.*

The allegations of administrative procedural failures in Counts 1 and 2; 3 through 8; 10; 11 through 18; 31; 33; and 9, whether or not actionable themselves for damages, provide a background for the Court to ultimately determine whether officers or

---

[5] "'Agency action' includes the whole or a part of an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act;" 5 USC 551 (13).

employees of IRS disregarded other provisions "in connection with collection". Defendant's failure to challenge the Court's jurisdiction for judicial review concedes that jurisdiction, and allows the Court to consider background administrative failures in reaching its ultimate determination with respect to bases for damages.

## QUESTION PRESENTED

Is defendant's assertion that Counts 19 through 26 of my Verified Complaint lack factual support sufficient to pre-empt the discovery process prescribed in Fed.R. Civ. P. 26-37?

## DISCUSSION

I re-assert that Counts 19 through 26 of my Verified Complaint meet the "notice pleading" requirements set forth in Fed.R.Civ.P. 8(a), as interpreted in *Conley v. Gibson*, 355 U.S. 41[6], and reiterated in *Jones v. Bock* (Nos. 05-7058 and 05-7142) ___ U.S. _____ (January, 2007). To the extent that Counts 19 through 26 might require more than Fed.R.Civ.P. 8(a)'s "short and plain statement of the claim", I direct the Court's attention to Exhibit 1, the Parallel Table of Authorities published by the Office of the Federal Register, in it's administration of the Federal Register Act, at page 44, showing that no regulation has been issued under Title 26, Code of Federal Regulations, "...[T]he codification of the general and permanent rules published in the Federal Register by the executive departments and agencies of the Federal Government". SEE 1 CFR 2.5(b); 1 CFR 8.1. All regulations in the Parallel Table

---

[6] "(b) Failure of the complaint to set forth specific facts to support its general allegations of discrimination was not a sufficient [355 U.S. 42] ground for dismissal of the suit, since the Federal Rules of Civil Procedure do not require a claimant to set out in detail the facts upon which he bases his claim." Pp. 47-48.

identified as promulgated under section 6301 are found under Title 27, CFR, and pertain only to taxes imposed upon alcohol, tobacco, and firearms; matters not relevant to the case at bar.

### QUESTION PRESENTED

Do Counts 32; 35; 36; 37, 38; 31; 30; 27; 40; and 41 of my Verified Complaint (again, defendant's sequence) "set forth a short and plain statement of the claim that gives the defendant fair notice of the claim" meeting Fed.R.Civ.P. 8(a)'s requirements, as interpreted in *Conley v. Gibson*, 355 U.S. 41[7], and reiterated in *Jones v. Bock* (Nos. 05-7058 and 05-7142) __ U.S. _____ (January, 2007)?

### DISCUSSION

Defendant's detailed description of the allegations contained in Counts 27; 30; 31; 32; 35; 36; 37, 38; 40; and 41 shows the defendant has "fair notice of the claim[s]" contained therein,[8] as described in Fed.R.Civ.P. 8(a). Defendant <u>must be in possession of the records</u>[9] to prove the truth or falsity of all allegations contained my Verified Complaint, particularly these 10.

Defendant appears to be seeking dismissal on the basis of an asserted lack of disclosure/discovery that is, until defendant Answers, unavailable.

---

[7] "(b) Failure of the complaint to set forth specific facts to support its general allegations of discrimination was not a sufficient [355 U.S. 42] ground for dismissal of the suit, since the Federal Rules of Civil Procedure do not require a claimant to set out in detail the facts upon which he bases his claim." Pp. 47-48.

[8] It appears as if defendant has already admitted that at least these 10 counts are valid.

[9] FEDERAL RECORDS ACT; 82 Stat. 1297, *et seq.*; NATIONAL ARCHIVES ACT, 90 Stat. 2723, *et seq.*

Based upon the foregoing, the United States' Motion to Dismiss should be denied.

Respectfully Submitted

Dated *25th of July*, 2007

By: *Herman Alphonso Wesselman*
Herman Wesselman

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

Charles H. Keen
U.S. Department of Justice
P.O. Box 227
Washington D.C. 20044

Dated 25th of July, 2007

By: *[signature]*

# PARALLEL TABLE OF AUTHORITIES AND RULES

The following table lists rulemaking authority (except 5 U.S.C. 301) for regulations codified in the *Code of Federal Regulations*. Also included are statutory citations which are noted as being interpreted or applied by those regulations.

The table is divided into four segments: United States Code citations, United States Statutes at Large citations, public law citations, and Presidential document citations. Within each segment the citations are arranged in numerical order:

  For the United States Code, by title and section;
  For the United States Statutes at Large, by volume and page number;
  For public laws, by number; and
  For Presidential documents (Proclamations, Executive orders, and Reorganization plans), by document number.

Entries in the table are taken directly from the rulemaking authority citation provided by Federal agencies in their regulations. Federal agencies are responsible for keeping these citations current and accurate. Because Federal agencies sometimes present these citations in an inconsistent manner, the table cannot be considered all-inclusive.

The portion of the table listing the United States Code citations is the most comprehensive, as these citations are entered into the table whenever they are given in the authority citations provided by the agencies. United States Statutes at Large and public law citations are carried in the table only when there are no corresponding United States Code citations given.

This table is revised as of January 1, 2006.



EXHIBIT/-1

## Authorities

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 3306 | 20 Part 604 |
| 3309—3311 | 20 Part 601 |
| 3401—3402 | 26 Part 31 |
| 3401 | 26 Part 1 |
| 3405 | 26 Part 35 |
| 3406 | 26 Parts 31, 35a |
| 4041 | 26 Part 48 |
| 4051—4052 | 26 Parts 48, 145 |
| 4051 | 26 Part 41 |
| 4061 | 26 Parts 48, 142 |
| 4064 | 26 Part 48 |
| 4071 | 26 Part 48 |
| 4073 | 26 Part 48 |
| 4081 | 26 Part 48 |
| 4082 | 26 Part 48 |
| 4083 | 26 Part 48 |
| 4101 | 26 Part 48 |
| 4181—4182 | 27 Parts 53, 70 |
| 4216—4219 | 27 Part 53 |
| 4221—4223 | 27 Part 53 |
| 4222 | 26 Part 48 |
| 4225 | 27 Part 53 |
| 4251 | 26 Part 49 |
| 4293 | 26 Part 48 |
| 4374 | 26 Parts 46, 47 |
| 4461 | 19 Part 24 |
| 4462 | 19 Part 24 |
| 4482—4483 | 26 Part 41 |
| 4483 | 26 Part 48 |
| 4493 | 26 Part 154 |
| 4662 | 26 Part 52 |
| 4682 | 26 Part 52 |
| 4854 | 7 Part 28 |
| 4943 | 26 Part 53 |
| 4975 | 26 Part 54 |
| 4980B | 26 Part 54 |
| 4981A | 26 Part 54 |
| 4989 | 26 Part 150 |
| 4992 | 26 Part 51 |
| 5001—5002 | 27 Parts 19, 31, 194 |
| 5001 | 27 Parts 18, 20, 22, 24, 26—27, 251, 252 |
| 5002 | 27 Parts 25, 29 |
| 5004—5006 | 27 Part 19, 199 |
| 5007—5008 | 27 Parts 26—27, 252 |
| 5008 | 27 Parts 19, 24 |
| 5010 | 27 Parts 17, 19, 26—27, 251 |
| 5041—5042 | 27 Part 24 |
| 5041 | 27 Parts 19, 26—27, 252 |
| 5044 | 27 Part 24 |
| 5051—5054 | 27 Part 25 |
| 5051 | 27 Parts 26—27, 251, 252 |
| 5053 | 27 Part 252 |
| 5054 | 27 Part 27, 251 |
| 5055—5056 | 27 Part 252 |
| 5056 | 27 Part 25 |
| 5061—5062 | 27 Parts 19, 24 |
| 5061 | 27 Parts 25—27, 251, 252 |
| 5062 | 27 Part 30 |
| 5066 | 27 Part 19 |
| 5081 | 27 Parts 19, 24, 26 |
| 5091 | 27 Part 25 |
| 5101 | 27 Parts 19, 29 |
| 5102 | 27 Part 29 |
| 5111—5114 | 27 Part 31 |
| 5111—5113 | 27 Parts 19, 24 |
| 5111—5112 | 27 Parts 26—27, 251, 252 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 5111 | 27 Part 25 |
| 5113 | 27 Part 25 |
| 5114 | 27 Parts 26—27, 251, 252 |
| 5116—5117 | 27 Part 31 |
| 5121—5124 | 27 Part 31 |
| 5121—5122 | 27 Parts 24, 26—27, 251 |
| 5121 | 27 Part 22 |
| 5122 | 27 Part 252 |
| 5124 | 27 Parts 26—27, 251, 252 |
| 5131—5134 | 27 Parts 17, 26 |
| 5141 | 27 Part 26 |
| 5142—5143 | 27 Parts 19, 22, 24—25, 31, 44, 270 |
| 5143 | 27 Part 17 |
| 5145—5146 | 27 Part 31 |
| 5146 | 27 Parts 17, 19, 22, 25—26, 44, 70, 270 |
| 5148 | 27 Part 17, 19, 24—27, 31 |
| 5171—5173 | 27 Parts 18, 19 |
| 5171 | 27 Part 71 |
| 5173 | 27 Part 24 |
| 5175—5177 | 27 Part 252 |
| 5175—5176 | 27 Part 19 |
| 5178—5181 | 27 Part 19 |
| 5178—5179 | 27 Part 18 |
| 5179 | 27 Part 29 |
| 5181 | 27 Part 71 |
| 5201—5204 | 27 Part 19 |
| 5201 | 27 Parts 27, 251 |
| 5203 | 27 Parts 18, 70 |
| 5204—5207 | 27 Part 252 |
| 5204 | 27 Part 30 |
| 5205 | 27 Parts 27, 251, 252 |
| 5206—5207 | 27 Parts 19, 31 |
| 5206 | 27 Parts 17, 20, 22, 24 |
| 5207 | 27 Parts 26—27, 70, 251, 252 |
| 5211—5215 | 27 Part 19 |
| 5211 | 27 Part 30 |
| 5214—5215 | 27 Part 24 |
| 5214 | 27 Parts 20, 22 |
| 5221—5223 | 27 Part 19 |
| 5222 | 27 Part 25 |
| 5231—5232 | 27 Part 19 |
| 5232 | 27 Parts 26—27, 251, 252 |
| 5235—5236 | 27 Part 19 |
| 5237 | 27 Part 251 |
| 5241—5243 | 27 Part 19 |
| 5242 | 27 Part 21 |
| 5271—5275 | 27 Parts 20, 22 |
| 5271 | 27 Parts 19, 26, 71 |
| 5273 | 27 Parts 17, 19, 27, 252 |
| 5274 | 27 Part 71 |
| 5275 | 27 Parts 20, 70 |
| 5276 | 27 Parts 22, 26 |
| 5291 | 27 Part 29 |
| 5301 | 27 Parts 5, 13, 19, 26—27, 31, 251, 252 |
| 5311—5313 | 27 Part 19 |
| 5311 | 27 Parts 20, 22 |
| 5313 | 27 Parts 27, 251, 252 |
| 5314 | 27 Part 26 |
| 5351 | 27 Parts 18, 24 |
| 5352 | 27 Part 31 |
| 5353—5354 | 27 Part 24 |
| 5354 | 27 Parts 18, 252 |
| 5356 | 27 Part 18 |
| 5356—5357 | 27 Part 24 |
| 5361—5362 | 27 Part 24 |
| 5362 | 27 Parts 19, 252 |

EXHIBIT 1-2

**CFR Index**

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 5364—5373 | 27 Part 24 |
| 5367 | 27 Parts 70, 252 |
| 5370—5371 | 27 Part 252 |
| 5370 | 27 Part 19 |
| 5373 | 27 Part 19 |
| 5381—5388 | 27 Part 24 |
| 5391—5392 | 27 Part 24 |
| 5401—5403 | 27 Part 25 |
| 5401 | 27 Part 252 |
| 5411—5417 | 27 Part 25 |
| 5415 | 27 Parts 70, 252 |
| 5501—5505 | 27 Part 19 |
| 5504 | 27 Part 70 |
| 5511 | 27 Parts 18, 24 |
| 5551—5555 | 27 Part 19 |
| 5551—5552 | 27 Parts 24—25, 252 |
| 5552 | 27 Parts 18, 20, 22 |
| 5555—5556 | 27 Part 25 |
| 5555 | 27 Parts 20, 22, 26—27, 31, 70, 194, 251, 252 |
| 5559 | 27 Part 19 |
| 5561—5562 | 27 Part 19 |
| 5601 | 27 Parts 19, 29 |
| 5607 | 27 Part 20 |
| 5612 | 27 Part 19 |
| 5613 | 27 Part 31 |
| 5615 | 27 Part 29 |
| 5661—5662 | 27 Part 24 |
| 5671 | 27 Part 25 |
| 5673 | 27 Part 25 |
| 5681 | 27 Part 31, 194 |
| 5682 | 27 Part 19 |
| 5684 | 27 Parts 24—25, 70 |
| 5687 | 27 Part 29 |
| 5688 | 19 Part 162 |
| 5691 | 27 Part 31 |
| 5701 | 27 Parts 41, 44, 270 |
| 5703—5705 | 27 Parts 41, 44, 45, 270 |
| 5704 | 27 Part 46 |
| 5707 | 27 Part 270 |
| 5708 | 27 Parts 41, 46, 296 |
| 5711—5713 | 27 Parts 44, 270 |
| 5712—5713 | 27 Parts 41, 71 |
| 5721—5723 | 27 Parts 41, 44, 270 |
| 5723 | 27 Part 45 |
| 5731 | 27 Parts 44, 270 |
| 5741 | 27 Parts 41, 44, 45, 70, 270 |
| 5751 | 27 Parts 44—46, 270, 296 |
| 5753 | 26 Part 127 |
|  | 27 Part 270 |
| 5754 | 27 Parts 41, 44, 46 |
| 5761—5763 | 27 Parts 41, 46, 270, 296 |
| 5761—5762 | 27 Part 270 |
| 5761 | 27 Part 70 |
| 5762—5763 | 27 Part 45 |
| 5801 et seq | 27 Part 179 |
| 5802 | 27 Part 70 |
| 6001 | 26 Parts 1, 31, 55, 156 |
|  | 27 Parts 19, 26, 31, 46, 53, 296 |
| 6011 | 26 Parts 31, 40, 55, 156, 301 |
|  | 27 Parts 17, 25, 31, 53, 73 |
| 6020 | 27 Parts 53, 70 |
| 6021 | 27 Parts 53, 70 |
| 6031 | 26 Part 1 |
| 6035 | 26 Part 1 |
| 6036 | 26 Part 301 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| 6038—6038B | 26 Part 1 |
| 6041 | 26 Part 1 |
| 6043 | 26 Part 1 |
| 6045 | 26 Parts 1, 5f |
| 6046A | 26 Part 1 |
| 6047 | 26 Part 35 |
| 6049 | 26 Part 1 |
| 6050E | 26 Part 1 |
| 6050H—6050I-1 | 26 Part 1 |
| 6050K | 26 Part 1 |
| 6050M | 26 Parts 1, 301 |
| 6050P | 26 Part 1 |
| 6050S | 26 Part 1 |
| 6051 | 26 Part 31 |
| 6056 | 27 Part 22 |
| 6060 | 26 Part 1 |
| 6061 | 26 Parts 1, 156, 301 |
|  | 27 Parts 22, 25, 31, 44, 53, 73, 270 |
| 6064 | 27 Part 70 |
| 6065 | 26 Part 1 |
|  | 27 Parts 17—20, 22, 24, 25, 31, 44, 252, 270 |
| 6071 | 26 Parts 31, 40, 55, 154, 156 |
|  | 27 Parts 31, 53 |
| 6081 | 26 Parts 1, 31, 301 |
|  | 27 Part 53 |
| 6090 | 26 Part 43 |
| 6091 | 26 Parts 40, 44, 46, 55, 156 |
|  | 27 Parts 17, 24, 25, 31, 53, 194 |
| 6101—6104 | 27 Part 53 |
| 6101 | 26 Part 40 |
| 6102 | 27 Part 70 |
| 6103 | 20 Parts 401, 402 |
|  | 26 Parts 301, 602 |
|  | 42 Part 401 |
| 6104 | 26 Part 301 |
| 6109 | 26 Parts 40, 150, 301 |
|  | 27 Parts 17, 19, 22, 24, 25, 31, 53, 194, 270 |
| 6111 | 26 Part 301 |
| 6112 | 26 Part 301 |
| 6114 | 26 Part 301 |
| 6151 | 27 Parts 17, 22, 25, 31, 44, 53, 270 |
| 6155 | 27 Parts 53, 70 |
| 6157 | 26 Part 31 |
| 6159 | 27 Part 70 |
| 6161 | 26 Part 156 |
|  | 27 Part 53 |
| 6201 | 27 Part 70 |
| 6203—6204 | 27 Part 70 |
| 6205 | 26 Part 31 |
| 6223 | 26 Part 301 |
| 6230 | 26 Parts 1, 301 |
| 6231 | 26 Part 301 |
| 6232 | 26 Parts 41, 150 |
| 6233 | 26 Part 301 |
| 6241 | 26 Part 301 |
| 6245 | 26 Part 301 |
| 6301—6303 | 27 Part 53 |
| 6301—6302 | 27 Parts 24—26, 41, 270 |
| 6301 | 27 Part 70 |
| 6302 | 26 Parts 1, 20, 25, 31, 40 |
|  | 27 Parts 19, 27, 251 |
|  | 31 Parts 203, 214 |
| 6303 | 27 Part 70 |
| 6311 | 26 Part 301 |

EXHIBIT 1-3

Authorities

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| | 27 Parts 19, 24, 25, 31, 53, 70, 270 |
| 6313—6314 | 27 Part 70 |
| 6313 | 27 Parts 25, 41, 45, 270 |
| 6314 | 27 Part 31 |
| 6321 | 27 Part 70 |
| 6323 | 27 Parts 70, 301 |
| 6325 | 26 Part 401 |
| | 27 Part 70 |
| 6326 | 26 Part 301 |
| | 27 Part 70 |
| 6331—6343 | 27 Part 70 |
| 6343 | 26 Part 301 |
| 6401—6404 | 27 Part 70 |
| 6402 | 10 Part 16 |
| | 12 Part 1730 |
| | 26 Parts 1, 301 |
| | 27 Parts 17, 25, 31, 44, 53, 270 |
| | 31 Part 285 |
| 6404 | 26 Part 301 |
| | 27 Parts 41, 44, 53, 270 |
| 6407 | 27 Part 70 |
| 6411 | 26 Parts 1, 301 |
| 6416 | 27 Parts 53, 70 |
| 6423 | 27 Parts 70, 270 |
| 6426 | 26 Part 154 |
| 6427 | 26 Part 48 |
| 6501—6503 | 27 Part 70 |
| 6511 | 27 Parts 17, 31, 70 |
| 6513—6514 | 27 Part 70 |
| 6532 | 27 Part 70 |
| 6601—6602 | 27 Part 70 |
| 6601 | 27 Parts 31, 46, 296 |
| 6611 | 27 Part 70 |
| 6621—6622 | 27 Parts 46, 70, 296 |
| 6621 | 27 Part 31 |
| 6651 | 27 Parts 24, 25, 31, 70 |
| 6653 | 27 Part 70 |
| 6656—6658 | 27 Part 70 |
| 6656 | 27 Part 25 |
| 6657 | 27 Part 31 |
| 6662 | 26 Part 1 |
| 6665 | 27 Part 70 |
| 6671—6672 | 27 Part 70 |
| 6676 | 27 Parts 19, 24, 25, 270 |
| 6689 | 26 Part 301 |
| 6695 | 26 Part 1 |
| 6701 | 27 Part 70 |
| 6723 | 27 Part 70 |
| 6801 | 27 Part 70 |
| 6804 | 27 Part 26, 250 |
| 6806 | 27 Parts 19, 22, 25, 44, 270 |
| 6851 | 26 Part 1 |
| 6862—6863 | 27 Part 70 |
| 6901 | 27 Part 70 |
| 7011 | 27 Parts 17, 19, 22, 24, 25, 31, 44, 70, 270 |
| 7025 | 27 Part 197 |
| 7101—7102 | 27 Part 26 |
| 7101 | 27 Parts 41, 70, 72 |
| 7102 | 27 Part 70 |
| 7121—7122 | 27 Part 70 |
| 7207 | 27 Part 70 |
| 7209 | 27 Part 70 |
| 7212 | 27 Parts 41, 44—46, 270, 296 |
| 7213 | 27 Part 17 |
| 7214 | 5 Part 3101 |

| 26 U.S.C. (1986 I.R.C.)—Continued | CFR |
|---|---|
| | 15 Part 0 |
| | 27 Part 70 |
| 7216 | 26 Part 301 |
| 7302 | 27 Parts 24, 252 |
| 7304 | 27 Part 70 |
| 7322—7326 | 27 Part 72 |
| 7325 | 27 Part 270 |
| 7326 | 27 Part 72 |
| 7327 | 27 Part 72 |
| 7342 | 27 Parts 24, 25, 41, 44—46, 270, 296 |
| 7401 | 27 Part 70 |
| 7403 | 27 Part 70 |
| 7406 | 27 Part 70 |
| 7423—7426 | 27 Part 70 |
| 7429—7430 | 27 Part 70 |
| 7432 | 27 Part 70 |
| 7502—7503 | 27 Parts 24, 70, 270 |
| 7502 | 26 Part 301 |
| | 27 Parts 53, 73 |
| 7505—7506 | 27 Part 70 |
| 7508 | 26 Part 301 |
| 7508A | 26 Part 301 |
| 7510 | 27 Part 19 |
| 7513 | 27 Part 70 |
| 7520 | 26 Parts 1, 20, 25, 301 |
| 7601—7606 | 27 Part 70 |
| 7602 | 27 Parts 29, 46, 296 |
| 7606 | 27 Parts 24, 25, 41, 44—46, 270, 275, 296 |
| 7608 | 27 Parts 70, 296 |
| 7609 | 27 Part 70 |
| 7610 | 27 Part 70 |
| 7622—7623 | 27 Part 70 |
| 7624 | 26 Part 301 |
| 7651 et seq | 40 Part 76 |
| 7651—7652 | 27 Parts 26, 41 |
| 7652 | 27 Parts 17, 275 |
| 7653 | 27 Part 70 |
| 7654 | 26 Parts 1, 301, 602 |
| 7701 | 26 Parts 1, 31, 301 |
| 7804 | 26 Parts 301, 602 |
| 7804 note | 26 Part 801 |
| 7805 | 19 Parts 1, 301, 602 |
| | 20 Part 615 |
| | 26 Parts 1, 2—5, 5c, 5e, 6a, 7, 8, 9, 11—13, 14a, 15, 15a, 16, 16a, 17—20, 22, 25, 26, 27, 31, 32, 35, 35a, 36, 41, 43—47, 48, 49, 52—55, 141, 143, 145, 148, 156, 157, 301—303, 305, 400, 401, 403, 404, 420, 502, 503, 509, 514, 516, 517, 601, 602, 701, 702 |
| | 27 Parts 3, 5, 13, 17—22, 24—27, 29, 30, 31, 41, 44—46, 70—72, 170, 179, 250—252, 270, 296 |
| 7851 | 27 Part 24 |
| 9002 | 11 Part 9002 |
| 9003 | 11 Parts 9003, 9033 |
| 9004 | 11 Part 9004 |
| 9005 | 11 Part 9005 |
| 9006 | 11 Part 9005 |
| 9007 | 11 Parts 201, 9007 |
| 9008 | 11 Parts 201, 9008 |
| 9009 | 11 Parts 201, 9001—9008 |
| 9012 | 11 Part 9012 |
| 9031 | 11 Part 9031 |
| 9032 | 11 Part 9032 |
| 9033 | 11 Part 9033 |

EXHIBIT 1-4