UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERMAN ALPHONSE WESSELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00906 (ESH) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

For the reasons set forth in the opinion accompanying this Order, defendant's motion to dismiss [Dkt. 4] is **GRANTED**; and it is hereby

**ORDERED** that this case is dismissed. Count 31 is dismissed with prejudice.

                                                                                           /s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

DATE:   August 17, 2007